KEREN E. GESUND, ESQ.
Nevada Bar No. 10881
**GESUND & PAILET, LLC**
8668 Spring Mountain Rd
Suite 101
Las Vegas, NV 89117
Tel: (702) 300-1180
Fax: (504) 265-9492
keren@gp-nola.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEOFF BUNCH, an individual, on behalf of himself and those similarly situated; | Case No.:  2:16-cv-00756-MMD-NJK |
| Plaintiffs, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| NEVADA CREDICO, INC., dba QUANTUM COLLECTIONS, a Nevada corporation, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff GEOFF BUNCH, through undersigned counsel, hereby gives notice that the above captioned action against Defendant, NEVADA CREDICO, INC. DBA QUANTUM COLLECTIONS, is voluntarily dismissed, with prejudice.

DATED this 20th day of January 2017.

**GESUND & PAILET, LLC**

*/s/ Keren E. Gesund, Esq.*
KEREN E. GESUND, ESQ.
Nevada Bar No. 10881
8668 Spring Mountain Rd
Suite 101
Las Vegas, NV 89117

- 1 -

Tel: (702) 300-1180
Fax: (504) 265-9492
keren@gp-nola.com
*Attorney for Plaintiff*